1

2

3

4

5

6
                                    U.S. District Court Judge JAMES L. ROBART
                         U.S. Magistrate Judge MICHELLE L. PETERSON

7
                             UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9
MAUREEN WOODWICK,           )    CASE NO. C18-5500-JLR-MLP

10
             Plaintiff,       )    ORDER FOR ATTORNEY FEES
                           )    PURSUANT TO 42 U.S.C. § 406(b)

11
vs.                           )

12
Commissioner of Social Security,    )

13
             Defendant.     )

14
                           )

15

16
       THIS MATTER having come on regularly before the undersigned upon Plaintiff's

17
Motion For Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that

18
Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of

19
$18,416.25pursuant to 42 U.S.C. § 406(b). If and when the approved 406(b) fee is

20
received, counsel will refund directly to Plaintiff the $5,288.55 in EAJA fees previously

21
received.

22
       //

23
       //

24

25
ORDER FOR ATTORNEYS FEES                    MADDOX & LAFFOON, P.S.
PURSUANT TO 42 U.S.C. § 406(b)              410-A South Capitol Way
[C18-5500-JLR-MLP]                          Olympia, WA. 98501
                                           (360) 786-8276

                              - Page 1

1   DATED this 15th day of April, 2021.

2

3

4                                               _____
                                                JAMES L. ROBART
5                                               U.S. District Court Judge

6

7   Presented by:

8   /s/ JEANETTE LAFFOON
    _____
9   JEANETTE LAFFOON, WSBA #30872
    Attorney for Plaintiff
10
    DATED:  April 15, 2021
11

12                                              /s/ JEANETTE LAFFOON
                                                _____
                                                JEANETTE LAFFOON, WSBA #30872
13                                              Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25
    ORDER FOR ATTORNEYS FEES                    MADDOX & LAFFOON, P.S.
    PURSUANT TO 42 U.S.C. § 406(b)              410-A South Capitol Way
    [C18-5500-JLR-MLP]                          Olympia, WA. 98501
                                                (360) 786-8276
                              - Page 2